UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-20297-CIV-BROWN

CANON LATIN AMERICA, INC.,

    Plaintiff,

vs.

LANTECH (CR), S.A.,

    Defendant.
_____/

## FINAL SUMMARY JUDGMENT

**THIS CAUSE** having come before the Court on Plaintiff Canon Latin America, Inc.'s Motion for Summary Judgment, and a separate Order having been entered granting said motion in part on the grounds set forth therein, it is hereby:

**ORDERED AND ADJUDGED** that Summary Final Judgment is entered in favor of Plaintiff Canon Latin America, Inc., and Defendant Lantech (CR), S.A. shall go hence without day. Plaintiff shall recover from Defendant its costs of this action.

**DONE AND ORDERED** this 31st day of July, 2007 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE